UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON C. LAU,<br><br>        Plaintiff,<br><br>   v.<br><br>K. HARRINGTON, et al.,<br><br>        Defendants.<br>_____/ | 1:10-cv-01779-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 29) |

Plaintiff Hon Lau ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2010.  Plaintiff has consented to Magistrate Judge jurisdiction.  (ECF No. 5.)

On August 1, 2012, the Court filed an order, dismissing Plaintiff's Complaint with leave to amend.  (ECF No. 25.)  Plaintiff's amended complaint was due on September 4, 2012.  (Id.)  After this deadline passed without Plaintiff complying with or otherwise responding to the Court's order, the Court on September 13, 2012, ordered Plaintiff to show cause by October 1, 2012 why his action should not be dismissed.  (ECF No. 29.)  Plaintiff filed his First Amended Complaint on October 1, 2012.  (ECF No. 30.)  Based thereon, the Court hereby discharges the order to show cause.

///

///

Accordingly, it is hereby ORDERED that the order to show cause, filed September 13, 2012, is DISCHARGED.

IT IS SO ORDERED.

Dated: October 11, 2012            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE